# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 JUN 16  PM 2: 22

CLERK _C. Adams_
SO. DIST. OF GA.

RONALD ERIC CAUSEY,                 )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )        CV 315-036
                                    )
CAROLYN W. COLVIN, Acting           )
Commissioner of Social Security     )
Administration,                     )
                                    )
        Defendant.                  )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **AFFIRMS** the Acting Commissioner's final decision, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter final judgment in favor of the Acting Commissioner.

SO ORDERED this _16_ day of June, 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE